UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

YAHKI JAMAR JACKSON

    Defendant-Appellant

    v.                                          NO.:   15-4404

UNITED STATES OF AMERICA

    Plaintiff-Appellee

**MOTION TO WITHDRAW**

NOW COMES the undersigned attorney herein and respectfully moves the Court for permission to withdraw as Attorney of Record. In support of this request, counsel states as follows:

1. The undersigned was appointed to represent the Defendant on January 12, 2015.

2. The Defendant was sentenced by this Court on June 16, 2015.

3. Counsel advised the Defendant of his right to appeal.

4. The Defendant filed a Notice of Appeal *pro se* on July 1, 2015 (Doc. 17).

5. In the interests of justice and fairness, the undersigned believes Defendant will be better served by another attorney to assist him with his appeal.

6. As Counsel has completed the work to which he was assigned, the undersigned requests permission to withdraw from further representation of Defendant.

WHEREFORE, undersigned prays the Court to enter an Order allowing his withdrawal as the attorney of record and that this Court appoint an appeals attorney to assist the Defendant with his appeal.

Respectfully submitted this the 3rd day of August, 2015.

/s/ Duane K. Bryant
DUANE K. BRYANT
Attorney At Law
1207 Brentwood Street
High Point, N.C. 27260
N.C. Bar # 10818
(336) 887-4804 (telephone)
(336) 887-2298 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

>Kyle D. Pousson
>Assistant U.S. Attorney
>101 S. Edgeworth Street, 4th Floor
>Greensboro, NC 27402
>336-333-5351
>kyle.pousson@usdoj.gov

Respectfully submitted this the 3rd day of August, 2015.

>/s/ Duane K. Bryant
>DUANE K. BRYANT
>Attorney At Law
>1207 Brentwood Street
>High Point, N.C. 27260
>N.C. Bar # 10818
>(336) 887-4804 (telephone)
>(336) 887-2298 (facsimile)